433 A.2d 127

Commonwealth v. Hull, Appellant.

Submitted November 14, 1980.   Donald Calaiaro, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.